# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-0070-CV

## In re Brian Lee Pope

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Brian Lee Pope filed a petition for writ of habeas corpus and motion for emergency stay on February 2, 2007, challenging the district court's January 29, 2007 order committing him to county jail. By order dated February 2, 2007, we granted relator's motion for emergency stay of the order and allowed his release from custody pending our disposition of his petition for writ of habeas corpus. *See* Tex. R. App. P. 52.8(b)(3).

By order dated February 12, 2007, the district court vacated its January 29, 2007 Order Holding Respondent in Contempt for Failure to Pay Child Support, Granting Judgment, and for Commitment to County Jail. Because the order that is the subject of Pope's petition for writ of habeas corpus has been vacated, both the emergency stay and his petition are moot. We lift the emergency stay and dismiss this petition for writ of habeas corpus.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed: February 21, 2007